**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re: § Case No. 24-23818
§
MARIA RAMIREZ DELA CRUZ §
§
§
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/28/2024.  The undersigned trustee was appointed on 08/28/2024.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                              $1,257.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1]                                              $1,257.00

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/06/2025 and the deadline for filing government claims was 02/24/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $314.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $314.25, for a total compensation of $314.25[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $53.60, for total expenses of $53.60.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/17/2026    By:    /s/ Kimberly Husted

Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Filed 06/05/26     Case 24-23818     Doc 21

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1     Exhibit A

| | |
|---|---|
| **Case No.:** | 24-23818-B-7 |
| **Case Name:** | DELA CRUZ, MARIA RAMIREZ |
| **For the Period Ending:** | 4/17/2026 |

| | |
|---|---|
| **Trustee Name:** | Kimberly Husted |
| **Date Filed (f) or Converted (c):** | 08/28/2024 (f) |
| **§341(a) Meeting Date:** | 10/04/2024 |
| **Claims Bar Date:** | 01/06/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 8495 Carlin Ave. Sacramento CA 95823-0000 | $485,500.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Hyundai Model: Elantra Year: 2016 Mileage: 130000 Other Information: White - Currently not operable, mechanic says repair costs exceed value. | $100.00 | $100.00 | | $0.00 | FA |
| 3 | Make: Ford Model: Fusion Year: 2013 Mileage: 83000 Other Information: Beige - Son's car, son paid the down payment and made most of the payments but was in debtor's name for insurance purposes. Debtors' interest 50% at most. | $2,997.00 | $500.00 | | $432.74 | FA |
| **Asset Notes:** | Suggested that some post petition tax refund be used to resolve unexempted equity. | | | | | |
| 4 | Make: Saturn Model: Vue Year: 2008 Mileage: 146000 Other Information: White | $5,000.00 | $0.00 | | $0.00 | FA |
| 5 | Washer/Dryer, refrigerator, Microwave and oven | $1,250.00 | $0.00 | | $0.00 | FA |
| 6 | Computer & Cell phone | $550.00 | $0.00 | | $0.00 | FA |
| 7 | Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 8 | 2 Dogs & 1 Cat | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Freedom Checking Safe CU #7798 | $3,961.00 | $0.00 | | $0.00 | FA |
| 10 | Ram Link LLC (no assets, no activity) 50 % | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Front Red Door LLC (no assets, no activity) 50 % | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Pension Calpers | Unknown | $0.00 | | $0.00 | FA |
| 13 | Sick Leave, no cash value | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Annual leave, no cash value | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Company name: Kasier ; Beneficiary: Debtor | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Company name: Delta Dental Ins. ; Beneficiary: Debtor | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Company name: Vision Ins. ; Beneficiary: Debtor | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Company name: ARAG legal Ins. ; Beneficiary: Debtor | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| | |
|---|---|
| **Case No.:** | 24-23818-B-7 |
| **Case Name:** | DELA CRUZ, MARIA RAMIREZ |
| **For the Period Ending:** | 4/17/2026 |

| | |
|---|---|
| **Trustee Name:** | Kimberly Husted |
| **Date Filed (f) or Converted (c):** | 08/28/2024 (f) |
| **§341(a) Meeting Date:** | 10/04/2024 |
| **Claims Bar Date:** | 01/06/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | Liquidation of unscheduled Personal Property- unused Vacation leave **(u)** | $0.00 | $1,640.00 | | $0.00 | FA |
| **Asset Notes:** | Amount listed here is the amount owed the debtor over the available $7500 exemption. Debtor has not amended exemptions to use this but could. Actual value is over $9,000 | | | | | |
| 20 | tax refund unscheduled **(u)** | $0.00 | $824.26 | | $824.26 | FA |
| **Asset Notes:** | Fed refund $1257. Owed State $599 so $1257 with 240 owed pre-petition or $3.43 daily rate = $824.26 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $499,858.00 | $3,064.26 | | $1,257.00 | $0.00 |

**Major Activities affecting case closing:**

03/30/2026   Small amount of post petition tax refund used to pay unexempt equity on vehicle owned 50% by Debtor is set to be served tomorrow.

12/01/2025   Debtor still has not amended to use the available exemption on the vacation bank. Further effort on this knowing the unexempted value would need to be discounted for such a sale make further administration on the issue burdensome. Still need to file a notice of opportunity for the post petition tax refunds applied to car buy back.

06/14/2025   Allocating $432.74 to the unexempted equity in the car. Negotiating on the vacation credits buy back.

03/31/2025   Reminder sent to Debtor attorney to look at the potential exemption of the vacation credits and to provide the 2024 tax returns.

12/30/2024   2024 IRS tax intercept letter

09/28/2024   Trustee identified assets for administration.

**Initial Projected Date Of Final Report (TFR):**   05/30/2026     **Current Projected Date Of Final Report (TFR):**

/s/ KIMBERLY HUSTED

KIMBERLY HUSTED

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 24-23818-B-7 | **Trustee Name:** Kimberly Husted |
| **Case Name:** | DELA CRUZ, MARIA RAMIREZ | **Bank Name:** Texas Traditions Bank |
| **Primary Taxpayer ID #:** | **-***4497 | **Checking Acct #:** ******0034 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 8/28/2024 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 4/17/2026 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/03/2025 | | Texas Traditions Bank | Transfer Funds | 9999-000 | $1,257.00 | | $1,257.00 |
| | | | **TOTALS:** | | $1,257.00 | $0.00 | $1,257.00 |
| | | | **Less: Bank transfers/CDs** | | $1,257.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  8/28/2024 to 4/17/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,257.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 11/03/2025 to 4/17/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,257.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 24-23818-B-7 | | Trustee Name: | Kimberly Husted |
| Case Name: | DELA CRUZ, MARIA RAMIREZ | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4497 | | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/28/2024 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2026 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/09/2025 | | US Treasury | Federal refund 2024 | | * | $1,257.00 | | $1,257.00 |
| | {20} | | pre-petition tax refund | $824.26 | 1224-000 | | | $1,257.00 |
| | {3} | | buy back equity | $432.74 | 1129-000 | | | $1,257.00 |
| 11/03/2025 | | Veritex Community Bank | Transfer Funds | | 9999-000 | | $1,257.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $1,257.00 | $1,257.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,257.00 | |
| | | | Subtotal | | $1,257.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,257.00 | $0.00 | |

**For the period of  8/28/2024 to 4/17/2026**

| | |
|---|---|
| Total Compensable Receipts: | $1,257.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,257.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $1,257.00 |

**For the entire history of the account between 04/09/2025 to 4/17/2026**

| | |
|---|---|
| Total Compensable Receipts: | $1,257.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,257.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $1,257.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 24-23818-B-7 | | Trustee Name: | Kimberly Husted |
| Case Name: | DELA CRUZ, MARIA RAMIREZ | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4497 | | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/28/2024 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2026 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,257.00 | $0.00 | $1,257.00 |

For the period of 8/28/2024 to 4/17/2026

| | |
|---|---|
| Total Compensable Receipts: | $1,257.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,257.00 |
| Total Internal/Transfer Receipts: | $1,257.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,257.00 |

For the entire history of the case between 08/28/2024 to 4/17/2026

| | |
|---|---|
| Total Compensable Receipts: | $1,257.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,257.00 |
| Total Internal/Transfer Receipts: | $1,257.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,257.00 |

/s/ KIMBERLY HUSTED

KIMBERLY HUSTED

# CLAIM ANALYSIS REPORT

| | | |
|---|---|---|
| **Case No.** | 24-23818-B-7 | **Trustee Name:** Kimberly Husted |
| **Case Name:** | DELA CRUZ, MARIA RAMIREZ | **Date:** 4/17/2026 10:32:23 PM |
| **Claims Bar Date:** | 01/06/2025 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KIMBERLY HUSTED<br><br>11230 Gold Express Drive, Ste 310-411<br>Gold River CA 95670 | 04/17/2026 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $314.25 | $314.25 | $0.00 | $0.00 | $0.00 | $314.25 |
| | KIMBERLY HUSTED<br><br>11230 Gold Express Drive, Ste 310-411<br>Gold River CA 95670 | 12/30/2024 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $53.60 | $53.60 | $0.00 | $0.00 | $0.00 | $53.60 |
| 1 | DISCOVER BANK<br><br>P.O. Box 3025<br>New Albany OH 43054 | 10/11/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,343.26 | $10,343.26 | $0.00 | $0.00 | $0.00 | $10,343.26 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR VF1-HIL1 SELLER TRUST<br>PO Box 788<br>Kirkland WA 98083-0788 | 10/16/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,557.87 | $5,557.87 | $0.00 | $0.00 | $0.00 | $5,557.87 |

**Claim Notes:** (2-1) Money Loaned

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE, N.A.<br><br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 10/24/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,978.14 | $3,978.14 | $0.00 | $0.00 | $0.00 | $3,978.14 |
| 4 | CAPITAL ONE, N.A.<br><br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 10/24/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,437.41 | $18,437.41 | $0.00 | $0.00 | $0.00 | $18,437.41 |
| 5 | CAPITAL ONE, N.A.<br><br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 10/24/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,103.04 | $6,103.04 | $0.00 | $0.00 | $0.00 | $6,103.04 |
| 6 | CITIBANK N.A.<br><br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | 10/29/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,317.83 | $11,317.83 | $0.00 | $0.00 | $0.00 | $11,317.83 |

**Claim Notes:** (6-1) Money Loaned

**CLAIM ANALYSIS REPORT**

| | | | |
|---|---|---|---|
| **Case No.** | 24-23818-B-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | DELA CRUZ, MARIA RAMIREZ | **Date:** | 4/17/2026 10:32:23 PM |
| **Claims Bar Date:** | 01/06/2025 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison TX 75001 | 11/13/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,797.59 | $11,797.59 | $0.00 | $0.00 | $0.00 | $11,797.59 |
| 8 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO Box 3001 Malvern PA 19355-0701 | 11/25/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,185.22 | $7,185.22 | $0.00 | $0.00 | $0.00 | $7,185.22 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC Po Box 7999 Saint Cloud MN 56302-9617 | 12/31/2024 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,256.14 | $2,256.14 | $0.00 | $0.00 | $0.00 | $2,256.14 |

**Claim Notes:** (9-1) CREDIT CARD

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | SYNCHRONY BANK BY AIS INFOSOURCE LP AS AGENT 4515 N Santa Fe Ave Oklahoma City OK 73118 | 01/02/2025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,941.11 | $2,941.11 | $0.00 | $0.00 | $0.00 | $2,941.11 |
| | | | | | | | $80,285.46 | $80,285.46 | $0.00 | $0.00 | $0.00 | $80,285.46 |

| | |
|---|---|
| **Case No.** 24-23818-B-7 | **Trustee Name:** Kimberly Husted |
| **Case Name:** DELA CRUZ, MARIA RAMIREZ | **Date:** 4/17/2026 10:32:23 PM |
| **Claims Bar Date:** 01/06/2025 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $79,917.61 | $79,917.61 | $0.00 | $0.00 | $0.00 | $79,917.61 |
| Trustee Compensation | $314.25 | $314.25 | $0.00 | $0.00 | $0.00 | $314.25 |
| Trustee Expenses | $53.60 | $53.60 | $0.00 | $0.00 | $0.00 | $53.60 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:        24-23818
Case Name:      MARIA RAMIREZ DELA CRUZ
Trustee Name:   Kimberly Husted

Balance on hand:                              $1,257.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:              $0.00
Remaining balance:                           $1,257.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Kimberly Husted, Trustee Fees | $314.25 | $0.00 | $314.25 |
| Kimberly Husted, Trustee Expenses | $53.60 | $0.00 | $53.60 |

Total to be paid for chapter 7 administrative expenses:        $367.85
Remaining balance:                           $889.15

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:                            $889.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:              $0.00
Remaining balance:                            $889.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (5/1/2011)

Timely claims of general (unsecured) creditors totaling $79,917.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $10,343.26 | $0.00 | $115.08 |
| 2 | Quantum3 Group LLC as agent for VF1-HIL1 SELLER TRUST | $5,557.87 | $0.00 | $61.84 |
| 3 | Capital One, N.A. | $3,978.14 | $0.00 | $44.26 |
| 4 | Capital One, N.A. | $18,437.41 | $0.00 | $205.13 |
| 5 | Capital One, N.A. | $6,103.04 | $0.00 | $67.90 |
| 6 | Citibank N.A. | $11,317.83 | $0.00 | $125.92 |
| 7 | JPMorgan Chase Bank, N.A. | $11,797.59 | $0.00 | $131.26 |
| 8 | American Express National Bank c/o Becket and Lee LLP | $7,185.22 | $0.00 | $79.94 |
| 9 | Jefferson Capital Systems LLC | $2,256.14 | $0.00 | $25.10 |
| 10 | Synchrony Bank by AIS InfoSource LP as agent | $2,941.11 | $0.00 | $32.72 |

Total to be paid to timely general unsecured claims:      $889.15
Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:      $0.00
Remaining balance:      $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)